# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :   No. 610 MAL 2022
                                   :
          Respondent            :
                                   :
                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court
          v.                    :
                                   :
                                   :
BRANDON ROSS SNYDER,               :
                                   :
          Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.